UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CHARESE JOHNSON,

*Defendant.*

Criminal No. 18-388 (RDM)

## VERDICT FORM

**Count One—**

As to the charge that the defendant **CHARESE JOHNSON** did willfully aid or assist in, or procure, counsel, or advise the preparation and presentation to the IRS, for the 2012 tax year, a Form 1040X, filed approximately January 9, 2014, that she knew was false and fraudulent as to material matters, we the members of the jury do hereby unanimously find **CHARESE JOHNSON**

_____ Not Guilty        ____✓____ Guilty

If you answered "Guilty," please indicate below which of alleged misstatements you unanimously find were (1) false; (2) material; and (3) made by **CHARESE JOHNSON** willfully with knowledge that they were false or fraudulent in a material way:



1. Refundable credit at line 14         Yes _✓_   No _____
2. Amount to be refunded at line 21      Yes _✓_   No _____

**Count Two—**

As to the charge that the defendant **CHARESE JOHNSON** did willfully aid or assist in, or procure, counsel, or advise the preparation and presentation to the IRS, for the 2011 tax year, a Form 1040X, filed approximately February 18, 2014, that she knew was false and fraudulent as

to material matters, we the members of the jury do hereby unanimously find **CHARESE JOHNSON**

_____ Not Guilty          ____✓____ Guilty

If you answered "Guilty," please indicate below which of alleged misstatements you unanimously find were (1) false; (2) material; and (3) made by **CHARESE JOHNSON** willfully with knowledge that they were false or fraudulent in a material way:

1. Refundable credit at line 14          Yes _✓_   No _____
2. Amount to be refunded at line 21          Yes _✓_   No _____

**Count Three—**

As to the charge that the defendant **CHARESE JOHNSON** did willfully aid or assist in, or procure, counsel, or advise the preparation and presentation to the IRS, for the 2011 tax year, a Form 1040X, filed approximately March 13, 2014, that she knew was false and fraudulent as to material matters, we the members of the jury do hereby unanimously find **CHARESE JOHNSON**

_____ Not Guilty          ____✓____ Guilty

If you answered "Guilty," please indicate below which of alleged misstatements you unanimously find were (1) false; (2) material; and (3) made by **CHARESE JOHNSON** willfully with knowledge that they were false or fraudulent in a material way:

3. Federal income tax withholding at line 11          Yes _✓_   No _____
4. Amount to be refunded at line 21          Yes _✓_   No _____

_____
FOREPERSON

07/01/2021
DATE